UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

FRANK J. BOSLET, JR., :
    Petitioner :
 :
v. : CIVIL NO. 1:13-CV-02532
 :
JOHN M. RICHMOND, et al., :
    Respondents :
 :

*O R D E R*

AND NOW, this 21st day of June, 2016, upon consideration of the report and recommendation of Magistrate Judge Schwab (Doc. 30) filed on May 27, 2016, to which no objections were filed, and upon independent review of the record, it is ORDERED that:

    1. Magistrate Judge Schwab's report and recommendation (Doc. 30) is ADOPTED.

    2. The petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.

    3. The clerk shall close the file.

                                           /s/William W. Caldwell
                                           William W. Caldwell
                                           United States District Judge